UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MEDGRAPH, INC.,

                Plaintiff,
                                          ORDER

     v.                                          09-CV-6610L

MEDTRONIC, INC.,

                Defendant.
_____

       Defendant having filed a motion on January 10, 2011, to seal the deposition transcript of Edward L. Schlueter (Docket # 46), and Dariush Keyhani, Esq., counsel for plaintiff, having advised this Court by telephone on January 14, 2011, that plaintiff has no objection to defendant's motion to seal, it is hereby

       ORDERED, that defendant's motion to seal **(Docket # 46)** is **GRANTED**. The Clerk of the Court is directed to file the deposition transcript of Edward L. Schlueter manually and under seal.

**IT IS SO ORDERED.**

                                                               MARIAN W. PAYSON
                                                  United States Magistrate Judge

Dated: Rochester, New York
         January 19, 2011