IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

| | |
|---|---|
| MEDGRAPH, INC., | ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 6:09-cv-06610-DGL-MWP ) |
| MEDTRONIC, INC. | ) ) |
| Defendant. | ) ) |

## **MOTION TO SEAL DOCUMENTS**

Plaintiff, Medgraph, Inc., hereby moves the Court to permit the filing under seal of the following documents:

1) The second paragraph of section five beginning on page 8 of Plaintiff's Reply to Defendant's opposition to Plaintiff's Second Motion to Compel Medtronic To Produce Discovery pursuant to Rule 37 of Fed. R. Civ. P.; and

2) Exhibits A-D to the Reply.

As grounds for the motion to seal, Plaintiff states that the above-identified documents includes testimony of Defendant's 30(b)(6) witness regarding documents that were designated by the Defendant as "Confidential" or "Highly Confidential – Attorney's Eyes Only" and the documents designated by the Defendant as Confidential" or "Highly Confidential – Attorney's Eyes Only" pursuant to a protective order entered in this case.

For the foregoing reasons, Plaintiff respectfully requests that an order be entered placing the accompanying documents under seal.

Dated: August 1, 2011

Respectfully submitted,

s/*Dariush Keyhani*
Dariush Keyhani
Sidney R. Bresnick
MEREDITH & KEYHANI, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
Telephone (212) 760-0098
Direct Dial: (646) 536-5692
Facsimile (212) 202-3819
dkeyhani@meredithkeyhani.com
sbresnick@meredithkeyhani.com
Attorneys for Plaintiff