IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

| | |
|---|---|
| MEDGRAPH, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 6:09-cv-06610-DGL-MWP ) ) |
| MEDTRONIC, INC. | ) ) ) |
| Defendant. | ) |

## DECLARATION OF DARIUSH KEYHANI IN SUPPORT OF FILING DOCUMENTS UNDER SEAL

I, Dariush Keyhani, hereby declare as follows:

1. I am a member of the law firm of Meredith & Keyhani, PLLC and I am counsel for the Plaintiff Medgraph Inc. ("Medtronic") in its case for patent infringement against defendant Medtronic, Inc. ("Defendant" or "Medtronic").

2. The second paragraph of section five beginning on page 8 of Plaintiff's Reply to Defendant' Opposition to Plaintiff's Second Motion to Compel Medtronic to Produce Discovery Pursuant to Rule 37 of the Federal Rules of Civil Procedure includes testimony of Defendant's 30(b)(6) witness regarding documents and discussion of the documents that were designated by the Defendant as "Confidential" or "Highly Confidential – Attorney's Eyes Only" pursuant to a protective order entered in this case.

3. Exhibits A-D of Plaintiff's Reply to Defendant' Opposition to Plaintiff's Second Motion to Compel Medtronic to Produce Discovery Pursuant to Rule 37 of the Federal Rules of Civil Procedure are documents that the Defendant designated as "Confidential" or "Highly Confidential – Attorney's Eyes Only" pursuant to a protective order entered in this case.

4.  For the foregoing reasons, Plaintiff respectfully requests that an order be entered placing the accompanying documents identified above under seal.

Date:   August 1, 2011

*Dariush Keyhani*
Dariush Keyhani