IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

| | |
|---|---|
| MEDGRAPH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) CASE NO. 6:09-cv-06610-DGL-MWP | |
| v. ) | |
| ) | |
| MEDTRONIC, INC. ) | ORDER ON MOTION TO SEAL |
| ) | |
| Defendant. ) | |

A motion to seal having been made by Plaintiff and filed August 1, 2011, in the above-captioned case, it is hereby

ORDERED, that the following documents be placed under seal:

1) The second paragraph of section five beginning on page 8 of Plaintiff's Reply to Defendant's opposition to Plaintiff's Second Motion to Compel Medtronic To Produce Discovery pursuant to Rule 37 of Fed. R. Civ. P.; and

2) Exhibits A-D to the Reply.

_____
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
       August \_\_\_, 2011